```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                      NORTHERN DIVISION


KORNELIUS DANIELS,                  :
                                    :
     Plaintiff,                     :
                                    :
vs.                                 :
                                    :      CIVIL ACTION 16-0245-M
CAROLYN W. COLVIN,                  :
Social Security Commissioner,       :
                                    :
     Defendant.                     :
```

JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Kornelius Daniels.

DONE this 5th day of December, 2016.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE